## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 24-CV-61396

Plaintiff:
BARRY COTTON, GARY LAKE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

vs.


TPM2024002597

Defendant:
JERICO PICTURES, INC. D/B/A NATIONAL PUBLIC DATA

For:
John Yanchunis
Morgan & Morgan (Tampa)

Received by Tampa Process on the 5th day of August, 2024 at 9:15 am to be served on **JERICO PICTURES, INC. D/B/A NATIONAL PUBLIC DATA C/O R/A SLAVATORE VERNINI, JR, 1801 NORTHWEST 126TH WAY, CORAL SPRINGS, FL 33071**.

I, Kevin O'Connor, do hereby affirm that on the **17th day of August, 2024** at **9:26 am, I:**

**CORPORATE:** served the within **Corporation** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, to **SLAVATORE VERNINI, JR** as **Registered Agent**, at **1801 NORTHWEST 126TH WAY, CORAL SPRINGS, FL 33071** pursuant to F.S. 48.081(3).

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am over the age of 18 and a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action. NO NOTARY REQUIRED PURSUANT TO F.S. 92-525 (2)

Kevin O'Connor
SPS 276

**Tampa Process**
**P.O. Box 271986**
**Tampa, FL 33688**
**(813) 964-9159**

Our Job Serial Number: TPM-2024002597

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a