## UNITED STATES DISTRCIT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

BARRY COTTON, GARY LAKE, individually
and on behalf of all others similarly situated,

Plaintiffs,

v.

JERICO PICTURES, INC. d/b/a NATIONAL
PUBLIC DATA

Defendant.

Case No. 24-cv-61396

## NOTICE OF PENDENCY OF OTHER ACTIONS

I certify that the instant action is related to pending or closed civil cases(s) previously filed in

this Court, or any other Federal or State court, or administrative agency as indicated below:

- *Hoffman v Jerico Pictures, Inc*., 0:24-cv-61383-DSL (S.D. Fla.)

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon

each party no later than fourteen days after appearance of the party.

Dated: September 3, 2024

Respectfully submitted,

By:  /s/ John A. Yanchunis

John A. Yanchunis
JYanchunis@forthepeople.com
Antonio Arzola
ararzola@forthepeople.com
Ross Berlin
Ross.berlin@forthepeople.com

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor
Tampa, FL 33602
T: (813) 223-5505
F: (813) 223-5402

Steven A. Schwartz*
steveschwartz@chimicles.com
Beena M. McDonald*
bmm@chimicles.com
Alex M. Kashurba*
amk@chimicles.com
Marissa N. Pembroke*
mnp@chimicles.com
**CHIMICLES SCHWARTZ KRINER**
**& DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500


*pro hac vice* to be submitted


*Counsel for Plaintiff and the Proposed*
*Class*