UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61396-LEIBOWITZ/VALLE

**BARRY COTTON and GARY LAKE,**
*individually and on behalf all others similarly situated*,

    *Plaintiff*,

v.

**JERICO PICTURES, INC.
d/b/a NATIONAL PUBLIC DATA**,

    *Defendant*.
_____/

## ORDER ON DEFAULT PROCEDURE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Defendant's response to the Complaint was due on September 9, 2024. [*See* ECF No. 6]. To date, Defendant has failed to answer or otherwise respond. Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall submit a *motion for entry of Clerk's default* no later than **October 23, 2024**, that includes the certificate of service indicating that notice was sent to the Defendant, including the address to which it was sent. Plaintiff's failure to file for the *motion for entry of Clerk's default* within the specified time may result in a **dismissal** without prejudice and without further notice as to Defendant.

**DONE AND ORDERED** in the Southern District of Florida on October 3, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record